Sharon Maynard, OSB # 925843
Email: maynards@bennetthartman.com
BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
210 SW Morrison St., Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Fax: (503) 248-6800
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DANIEL K. JORDAN,** | Civil No. 3:11-cv-00703-PK |
| Plaintiff | **ORDER** |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner, Social Security Administration, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,020.40 and expenses in the amount of $41.81, pursuant to 28 U.S.C §2412, and costs in the amount of $451.70, pursuant to 28 U.S.C. §1920, be awarded to Plaintiff. The check shall be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset Program pursuant to <u>Astrue v. Ratliff</u>, 552 U.S. 1193 (2010).

DATED: 12th day of April, 2012

_____
UNITED STATES ~~DISTRICT~~ JUDGE
  MAGISTRATE

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843